IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTINE MARTIN,**
on behalf of RTDR, a minor,                                    **Plaintiff**

v.                     Case No. 4:12-cv-00422 KGB

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**[1]                          **Defendant**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 28th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. She is therefore substituted for Michael J. Astrue pursuant to Federal Rule of Civil Procedure 25(d).